TSAI PLLC  
250 West 57th Street  
Suite 901  
New York, New York 10107  
(646) 829-9001  
By: Joey Tsai, Esq.

LOANZON LLP  
250 West 57th Street  
Suite 901  
New York, New York 10107  
(646) 760-1515  
By: Tristan Loanzon, Esq.  
*(Pro Hac Motion to be Filed)*

*Local Counsel for Plaintiff*  
*Conseco Life Insurance Company*

*Attorney for Plaintiff*  
*Conseco Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>KATIE LIGON, CYNTHIA LIGON, COLBERT LIGON, and GLORIA DAVIS,<br><br>Defendants. | CASE NO. 2:14-cv-04551 |

### DEFAULT JUDGMENT AGAINST DEFENDANTS, CYNTHIA LIGON, COLBERT LIGON, AND GLORIA DAVIS

The Plaintiff, Conseco Life Insurance Company, having filed its Motion for Default Judgment Against Defendants, Cynthia Ligon, Colbert Ligon, and Gloria Davis, and such Defendants having failed to plead or otherwise defend in this action;

IT IS THEREFORE ORDERED that default judgment is hereby entered against Defendants, Cynthia Ligon, Colbert Ligon, and Gloria Davis.

IT IS FURTHER ORDERED that Defendants, Cynthia Ligon, Colbert Ligon, and Gloria Davis have no right, title, claim, and/or interest to the Policy Proceeds at issue herein. Plaintiff Conseco Life Insurance Company and co-Defendant Katie Ligon are discharged from any claim by Defendants, Cynthia Ligon, Colbert Ligon, and/or Gloria Davis related to the insurance policy at issue in this action, and they are permanently restrained and enjoined from instituting and prosecuting any suit, civil action, or civil proceeding in any state, federal, or other court of competent jurisdiction against Plaintiff Conseco Life Insurance Company or co-Defendant Katie Ligon in order to seek benefits or assert damage claims arising under or related to the Policy at issue herein.

SO ORDERED this ___18___ day of ___FEB___, 2015.

_____
Judge, United States District Court

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

Service will be made via U.S. First Class Mail to:

Cynthia Ligon, P.O. Box 985, Elizabeth, NJ 07207

Colbert Ligon , P.O. Box 3213 , Elizabeth, NJ 07207

Gloria Davis, P.O. Box 1004, Snow Hill, NC 28580